IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01478-PSF-MJW

MARY ANNE MILLER,

    Plaintiff,

v.

REBECCA MORRIS,

    Defendant.

---

**ORDER APPROVING SUBSTITUTION OF COUNSEL FOR DEFENDANTS**

---

    This matter comes before the Court on Notice of Substitution of Counsel filed by Defendants. The Court has examined the Notice and finds it to be in order. No party objecting, it is therefore **ordered** that effective June 13, 2005, Stephen A. Fermelia shall be and is permitted to withdraw as counsel of record for Defendants. Defendants shall as of that date forward be represented by Douglas I. McQuiston and Matthew A. Ralston, Law Offices--Douglas I. McQuiston, Managing Attorney. All documentation and communication concerning the case shall be sent to them.

    Done this 17th day of June, 2005.

                                                                  BY THE COURT:

                                                                  s/ Phillip S. Figa
                                                                  _____
                                                                  Phillip S. Figa
                                                                  United States District Judge