IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01478-PSF-MJW

MARY ANNE MILLER,

    Plaintiff,

v.

REBECCA MORRIS, and
CRAIG MORRIS,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

    THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 52).  It is hereby

    ORDERED that the above-captioned action and the Complaint are DISMISSED WITH PREJUDICE, each party to pay his or her own attorney fees and costs.

    DATED:  September 20, 2005

                                                          BY THE COURT:

                                                          s/ Phillip S. Figa
                                                          _____
                                                          Phillip S. Figa
                                                          United States District Judge